O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5490 AHM (AGRx) | Date | November 25, 2009 |
|---|---|---|---|
| Title | MARIA MARTINEZ, *et al.* v. ENCORE CREDIT CORPORATION, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

      In its November 11, 2009 Order, the Court dismissed Plaintiff's First Amended Complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6). The Court ordered Plaintiff to file any second amended complaint by November 23, 2009 or else her case would be dismissed with prejudice. She has not done so. Accordingly, the Court ORDERS her claims dismissed with prejudice.

       : 

Initials of Preparer     SMO

**JS-6**